IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLEN A. STACKHOUSE, #150174, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:15-CV-51-WKW ) [WO] |
| SGT. REN, | ) ) |
| Defendant. | ) |

## **ORDER**

On February 19, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

An appropriate final judgment will be entered separately.

DONE this 18th day of March, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE